UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **DAVID RAY JOHNSON** | **CIVIL ACTION NO. 18-1091** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **RICHLAND PARISH DETENTION CENTER, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff David Ray Johnson's claims are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 10th day of July, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE